C. A. No. 76-440. STATE *v.* SIDNEY A. CLARK. Motion of defendant to remand the record in this case to the Superior Court for hearing on a motion to correct an illegal sentence is grant-

ed. Bevilacqua, C.J., not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *John A. MacFadyen III, Barbara Hurst,* Asst. Public Defenders, for defendant.